# EXHIBIT 6



Search Our Site

Home   FireGuard®   Products   Order On-Line   About Us   Contact Us   Industrial

▶ Categories

Furniture Industry
Fabric Care
Carpet & Rug
Household & Outdoors
Fire Performance Products
Shaw R2x Floor Products





EXHIBIT 99

▶ Specifications

Technical Data Sheet (TDS)

| **ForceField® Products**  **Shield Industries, Inc.** | *ForceField®*  *Fabric Protector* |
|---|---|

**Available in the Following Sizes**

22 Ounce



22oz-RTU

1 Gallon    5 Gallon    55 Gallon

  

**OVERVIEW**

FORCEFIELD® AQ WATER BASED CARPET AND UPHOLSTERY PROTECTOR is a ready-to-use protector, which represents a large advance in water-based soil and stain repellent technology. The active ingredients in FORCEDFIELD® AQ Water Based Carpet and Upholstery Protector are designed to repel spills and stains and to provide carpets and fabric with anti-soiling, stain release attributes that that will enhance the beauty and the life of the fibers. The anti-soiling and stain release qualities of this protectant will keep the carpet from soiling as fast, which allows for a cleaner looking carpet with less cleanings needed. The stain release factors in this product allows for most stains and spills to be easily cleaned as the protector will help prevent the stains from actually attaching itself to the carpet or fabric fibers and permanently altering the color of the fibers.

**How & Why ForceField®AQ Water Based Carpet and Upholstery Protector**

**Works**

When a spill or soil contacts an unprotected fabric surface, the fibers within the fabric act like microscopic straws and draw the spill into the surface. Applying **ForceField®AQ Water Based Carpet and Upholstery Protector** to surfaces creates an extremely thin polymer barrier that prevents spills and soils from actually contacting the surfaces of the fibers. As a result, spills simply lie on the surfaces and can be easily blotted away before they have the opportunity to create a stain.

**Applications**

Always test for compatibility by applying **ForceField®AQ Water Based Carpet and Upholstery Protector** to an inconspicuous area of the surface to be treated. For best results, apply to new or clean surfaces. Protector, like all other water based soil and stain repellents must be handled with good industrial hygiene procedures that minimize the exposure of humans and animals. This product should not be aerosolized, which means that it should be applied with airless sprayers with less than 60 psi. Avoid breathing the mist. Treated surfaces are dry to the touch in 2 to 4 hours, and completely cured in 24 hours.

- *Safe for All Types Water-Safe Carpets and Fabrics Fabric*
- *Repels Oil-Based & Water-Based Soils*
- *Easy to Use; Dries Quickly*
- *Will Not Alter the Look or Feel of Fabric*
- *Retards the Soiling Process Spills Simply Blot Up Without Staining*

For applications where both UV and soil/stain protection is desired, UV SunBlock™ can be used in conjunction with ForceField®AQ Water Based Carpet and Upholstery Protector. While order of application is not critical, we suggest that UV SunBlock™ be applied first. To assure that surfaces retain a proper level of protection, they should be re-treated once per year, or after cleaning

**Coverage Amount:**

| | |
|---|---|
| Sofa 16oz | Carpet 1 gallon 200-250 Square Feet |
| Love Seat 12oz | Queen Mattress 12oz |
| Chair 8oz | |
| 9 x 12 Rug 64oz | |

| | |
|---|---|
| **HMIS Health: 1 Fire: 0 Reactivity: 0** | **Appearance:** Milky White Liquid |
| **pH:** 7-9 | **Odor:** Mild Acrylic-like |
| **Solubility:** Emulsifiable | **Specific Gravity:** 1.02 |
| **Boiling Point:** > 212 °F | **Chemical Family:** Perfluorinated Alkyl Copolymer |
| **Storage:** Above 40 °F, Well-ventilated | **Caution:** Keep out of the reach of children. |
| **Regulatory:** Not Regulated | **Caution:** Use eye safety wear / rubber gloves |

Shield Industries, Inc. • 131 Smokehill Lane, Woodstock, GA 30188
Phone: 800 332 6327 • Fax 770 517 6863 • www.shieldindustries.com

≫ MSDS

≫ Printable MS Word TDS (Click Here)

Home | FireGuard® | Products | Order On-Line | About Us | Contact Us | Industrial

Shield Industries, Inc © 2016, All Rights Reserved