# EXHIBIT 9



Search Our Site

Home   FireGuard®   Products   Order On-Line   About Us   Contact Us   Industrial

▶ **Categories**

- Furniture Industry
- Fabric Care
- Carpet & Rug
- Household & Outdoors
- Fire Performance Products
- Shaw R2x Floor Products





EXHIBIT 100  10/24/16

▶ **Specifications**

**Technical Data Sheet (TDS)**

| ForceField® Products — Shield Industries, Inc. | ForceField® Leather Protector |
|---|---|





### OVERVIEW

ForceField® Leather Protector is a partially fluorinated polymer designed and optimized to maximize its repellency to both oil and water; therefore leather treated with ForceField® Leather Protector are not only water repellent, but will repel virtually all liquid stains (even oil based stains). Another advantage of this technology is that it will retard soiling (even oily soil) and allows for easier removal of soil when the leather does finally become dirty.

### How & Why ForceField® leather Cleaner & Conditioner Works

ForceField® Leather Protector does not contain waxes or silicone, which are common cheap water repellents, but are not good oil repellents. Most products that use these cheaper ingredients actually attract oily stains and soil and may accelerate the soiling of the fabric. It's usually very difficult to clean oil based stains and soils from leathers treated with wax and silicone based leather protectors.

- *Protects Finished Leather From Spills and Stains*
- *Extends Life of Your Leather*
- *Ready to Use Formulation*
- **Will Not Alter the Appearance, Feel or Color**
- *Safe For All Finished Leather*
- **Retards the Soiling Process**

### Applications

Use on all types of finished or painted leather to protect it from damage and premature aging that can becaused from spills and soiling.

Using a clean white cloth, apply small amount of the protector to the leather surface. With a rubbing motion, work the protector into the hide. Can be sprayed onto surface as well.

Also Available in the following sizes:

5 Gallon    55 Gallon

| | |
|---|---|
| **HMIS  Health:** 1  **Fire:** 0  **Reactivity:** 0 | **Appearance:** Milky White |
| **pH:** 7.0 to 8.0 | **Odor:** Mild Characteristic |
| **Solubility:** Completely Dispersiable | **Specific Gravity:** 1.01  (8.42 lbs/gal) |
| **Boiling Point:** >212°F | **Chemical Family:** Glycol Ether |
| **Storage:** Above 40°F | **Caution:** Keep out of the reach of children. |
| **Regulatory:** Not Regulated | **Caution:** Use on finished leather only. |

Shield Industries, Inc. • 131 Smokehill Lane, Woodstock, GA 30188
Phone: 800 332 6327 • Fax 770 517 6863 • www.shieldindustries.com

≫ MSDS

≫ Printable MS Word TDS (Click Here)

Home  |  FireGuard®  |  Products  |  Order On-Line  |  About Us  |  Contact Us  |  Industrial

Shield Industries, Inc © 2016, All Rights Reserved