**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 9:15-cv-81139-COHN/SELTZER

Benjamin Hankinson, James Guerra, and
Jeanette Gandolfo, Lisa Palmer, Donald
Anderson, and Lisa Prihoda, individually
and on behalf of others similarly situated,

                Plaintiffs,

                v.

R.T.G. Furniture Corp., d/b/a Rooms to Go,
RTG America, LLC, The Jeffrey Seaman
2009 Annuity Trust, RTG Furniture Corp. of
Georgia, d/b/a Rooms to Go, RTG Furniture
of Texas, L.P., d/b/a Rooms to Go, RTG
Texas Holdings, Inc., and R.T.G. Furniture
Corp. of Texas,

                Defendants.

# Ex. C

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE**
**THE TESTIMONY OF CHRISTOPHER JACKMAN**

**U.S. Dist. Ct. – So. Dist. of Fla.**

<u>Hankinson v. RTG – C.A. No. 15-81139</u>

## ICT Response to Plaintiff Requests 3,6 & 7

**April 15, 2016**



Hauser

EXHIBIT NO. 11

12/13/16   AB

MSDS 549
Flexipel AM-98-10



**innovative chemical technologies, inc.**

Revision 3/24/2009 (2)
Page 1 of 6

| HMIS Ratings: | Health | 1 |
|---|---|---|
| | Flammability | 0 |
| | Reactivity | 0 |

**MATERIAL SAFETY DATA SHEET**
Complies with USDL Safety and Health Regulations 29CFR1910.1200.

## SECTION 1   COMPANY AND PRODUCT IDENTIFICATION

**PRODUCT NAME:** Flexipel AM-98-10

**MANUFACTURER:**
Innovative Chemical Technologies, Inc.
103 Walnut Grove Road
Cartersville, GA 30120
Telephone: 770-607-9340, Fax: 770-607-9341

**EMERGENCIES:** (770) 607-9340 M-F 8:00 AM -5:30 PM EST

## SECTION 2   COMPOSITION/INFORMATION ON COMPONENTS

| COMPONENTS | CAS NUMBER | % |
|---|---|---|
| Dipropylene Glycol Monomethyl Ether | 34590-94-8 | <0.3 |

## SECTION 3   HAZARDS IDENTIFICATION

**EMERGENCY OVERVIEW**
   **Physical Properties:** Light tan dispersion/pH = 4.0-6.0

**IMMEDIATE HEALTH EFFECTS**
   **Eyes:** Overexposure may cause irritation.
   **Skin:** Overexposure may cause mild skin irritation. Prolonged or repeated exposure may dry the skin. Symptoms may include redness, burning, drying and cracking. Skin absorption is possible, but harmful effects are not expected from this route of exposure under normal conditions of handling and use.
   **Inhalation:** Short term inhalation is not likely to cause harmful effects. Breathing large amounts may be harmful.
   **Ingestion:** Single dose oral toxicity is expected to be low. Swallowing large amounts may be harmful.

MSDS 549                                      Revision 3/24/2009 (2)
Flexipel AM-98-10                                       Page 2 of 6

## HAZARDS IDENTIFICATION CONT'D

**PRIMARY ROUTES OF ENTRY:** Eyes, skin contact/absorption, inhalation or ingestion.

**SIGNS/SYMPTOMS OF OVEREXPOSURE:** Gastrointestinal irritation (nausea, vomiting, diarrhea), and/or irritation to the skin, eyes, nose, throat, and respiratory tract.

**TARGET ORGAN EFFECTS:** Irritation of the skin and eyes.  Irritation of lungs possible if mists/aerosols are inhaled repeatedly.

**REPRODUCTIVE/DEVELOPMENTAL INFORMATION:** No data available.

**CARCINOGENIC INFORMATION:** None of the ingredients of this material are listed as carcinogens by IARC, NTP, or OSHA.

**LONG TERM EFFECTS:** No data available.

## SECTION 4   FIRST AID MEASURES

**EYES:** Flush eyes with water for at least 15 minutes. If irritation persists, consult a physician.

**SKIN:** If irritation occurs, flush skin with water for at least 15 minutes. If irritation persists, consult a physician

**INHALATION:** If symptoms of overexposure develop, remove to fresh air. If symptoms persist, consult a physician.

**INGESTION:** Give 8 to 16 ounces of water to dilute substance.  Consult a physician or local Poison Control Center.  Never give anything by mouth to an unconscious person.

## SECTION 5   FIRE FIGHTING MEASURES

**FLASHPOINT (° Fahrenheit):** No flash below boil

**EXPLOSIVE LIMITS:** No data available.

**AUTOIGNITION TEMPERATURE:** No data available.

**HAZARDOUS PRODUCTS OF DECOMPOSITION:** In the event of fire, the following may be released: oxides of carbon.  Toxic products such as HF and other perfluorinated organic compounds may be formed at high temperatures above 200° C or when burned.

MSDS 549                                     Revision 3/24/2009 (2)
Flexipel AM-98-10                                    Page 3 of 6

**FIRE FIGHTING MEASURES CONT'D**

**EXTINGUISHING MEDIA:**  Water spray, foam, dry chemical powder of carbon dioxide.

**FIRE FIGHTING INSTRUCTIONS:**  Firefighters should wear proper protective equipment and self-contained breathing apparatus with full facepiece operated in positive pressure mode. Move containers from fire area if it can be done without risk. Use water spray to keep fire-exposed containers cool.

**HMIS RATINGS:**  Health: 1, Flammability: 0, Reactivity: 0

---

**SECTION 6   ACCIDENTAL RELEASE MEASURES**

**SMALL SPILL:**  For small spills, soak up material with an absorbent such as clay, sand, or other suitable material and dispose of properly. Flush area with water to remove trace residue.

**LARGE SPILL:**  Wear respirator and protective clothing as appropriate. Shut off source of leak if it is safe to do so. Dike and contain spilled material. Remove with vacuum trucks or pump to storage/salvage containers. Soak up residue with an absorbent such as clay, sand, or other suitable material. Flush area with water to remove trace residue. Report the spill per regulatory requirements.

---

**SECTION 7   HANDLING AND STORAGE**

**HANDLING:**  Handle and open containers with care. Do not handle near an open flame, heat, or other source of ignition.  Since emptied containers retain product residues (vapor, liquid, and/or solid), all hazard precautions given in the data sheet must be observed.

**STORAGE: Protect from freezing. Product is perishable if frozen.**  Store in a cool, well ventilated place away from incompatible materials. Do not store near an open flame, heat, or other source of ignition. Protect material from direct sunlight.

---

**SECTION 8   EXPOSURE CONTROLS / PERSONAL PROTECTION**

**EYE/FACE PROTECTION:**  Chemical splash goggles in compliance with OSHA regulations are advised; however, OSHA regulations also permit other types of safety glasses. Consult your safety representative.

**SKIN PROTECTION:**  Wear rubber gloves (consult your safety representative). Wear impervious clothing and boots to prevent repeated or prolonged skin contact.

MSDS 549
Flexipel AM-98-10

Revision 3/24/2009 (2)
Page 4 of 6

## EXPOSURE CONTROLS / PERSONAL PROTECTION CONT'D

**RESPIRATORY PROTECTION:** If workplace exposure limits of product or any component are exceeded, a NIOSH/MSHA approved air supplied respirator is advised in absence of proper environmental control. OSHA regulations also permit other NIOSH/MSHA respirators (negative pressure type) under specified conditions (consult your safety representative). Engineering controls or administrative controls should be implemented to reduce exposure.

For spray applications, use a coarse spray device such as a trigger sprayer with particle size production greater than 15 microns. Use only low pressure (less than 60 psi) sprayer. DO NOT aerosolize or atomize. Suitable ventilation must be used during application.

**ENGINEERING CONTROLS:** Provide sufficient mechanical ventilation (general and local exhaust) to maintain exposure below the level of overexposure from known, suspected or apparent adverse effects.

## SECTION 9   PHYSICAL AND CHEMICAL PROPERTIES

**APPEARANCE:** Light tan emulsion

**pH:** 4.0 – 6.0

**VAPOR PRESSURE:** No data available.

**VAPOR DENSITY:** No data available.

**BOILING POINT:** No data available.

**SOLUBILITY IN WATER:** Dispersible

**DENSITY:** 0.985 g/mL +/- 0.02

## SECTION 10  STABILITY AND REACTIVITY

**CHEMICAL STABILITY:** Stable.

**CONDITIONS TO AVOID:** Avoid freezing.

**MATERIALS TO AVOID:** Oxidizing materials.

MSDS 549                                          Revision 3/24/2009 (2)
Flexipel AM-98-10                                        Page 5 of 6

**STABILITY AND REACTIVITY CONT'D**

**HAZARDOUS PRODUCTS OF DECOMPOSITION:** In the event of fire, the
following may be released: oxides of carbon. Toxic products such as HF and other
perfluorinated organic compounds may be formed at high temperatures above 200° C or
when burned.

**HAZARDOUS POLYMERIZATION:** Will not occur.

---

**SECTION 11  TOXICOLOGICAL INFORMATION**

**ROUTES OF EXPOSURE:** Skin absorption, eye contact, inhalation, and ingestion.

**CARCINOGENITY:** None of the components of this material are listed as carcinogens
by IARC, NTP, or OSHA.

**TERATOGENICITY, MUTAGENICITY, OR OTHER REPRODUCTIVE
EFFECTS:** No data available.

**CONDITIONS AGGRAVATED BY EXPOSURE:** No data available.

**SYNERGISTIC MATERIALS:** No data available.

---

**SECTION 12  ECOLOGICAL INFORMATION**

No data available.

---

**SECTION 13  DISPOSAL CONSIDERATIONS**

**WASTE DISPOSAL INFORMATION:** Dispose in accordance with all applicable
federal, state, and local regulations.

**RCRA INFORMATION:** If this material becomes a waste, it would not be considered
a RCRA regulated hazardous waste under 40CFR261.

---

**SECTION 14 TRANSPORT INFORMATION**

**DOT INFORMATION – 49CFR172.101:** Not Regulated.

**REPORTABLE QUANTITY– 49CFR172.101:** None.

---

MSDS 549                                    Revision 3/24/2009 (2)
Flexipel AM-98-10                                    Page 6 of 6

## SECTION 15 REGULATORY INFORMATION

### US FEDERAL REGULATIONS

**TSCA Status:**  The intentional components of this product are listed.

**CERCLA Reportable Quantities – 40CFR355 APPENDIX A:**  None.

**SARA 313 – 40CFR372.65:**  None.

### STATE AND LOCAL REGULATIONS

**CALIFORNIA PROPOSITION 65:**    None

**MASSACHUSETTS:**    None

**NEW JERSEY:**        Dipropylene Glycol Monomethyl Ether, CAS 34590-94-8

**PENNSYLVANIA:**      Dipropylene Glycol Monomethyl Ether, CAS 34590-94-8

---

## SECTION 16 OTHER INFORMATION

This information relates only to the specific material designated herein and does not
relate to use in combination with any other material or in any process. Such information
is to the best of our knowledge and belief, accurate and reliable as of the date compiled.
However, no representation, warranty or guarantee is made as to its accuracy, reliability,
or completeness. It is the user's responsibility to satisfy himself as to the suitability and
completeness of this information for his own particular use. We do not accept liability for
any loss or damage that may occur from the use of this information nor do we offer
warranty against patent infringement.

**End of MSDS**



innovative chemical technologies, inc.

# FLEXIPEL AM-98

## TECHNICAL DATA SHEET

♦ **Water and Oil Repellent for NuBuck & Suede Leathers**

♦ **Water and Oil Repellent for Fabrics of All Types Including Apparel, Upholstery, and Carpet**

♦ **Partially Fluorinated Polymer**

♦ **Exceptional Oil, Water and Alcohol Repellency**

♦ **Readily Dilutes in Water:  Meets All VOC Regulations**

♦ **Ambient Cure**

♦ **Little or No Effect On Appearance of NuBuck and Suede Leather**

♦ **Easy To Use:  Spray On and Allow to Dry**

# FORMULATION

| Ingredient | Wt % |
|---|---|
| Water | 90.0 |
| Flexipel AM-98 | 10.0 |

-Add AM-98 to water and mix until uniform
-Spray on and allow to dry

# TECHNICAL INFORMATION

**Performance Data:**

1 part of Flexipel AM-98 was diluted with 9 parts of water and wiped uniformly on a variety of nubuck and suede leathers. Application rate was approximately 1.0 fluid ounces/square yard of fabric which was sufficient to evenly wet the fabrics. The fabrics were allowed to dry and cure overnight(24 hours).

**Water/Alcohol Repellency Drop Test (DuPont Test Method)**
- Repellency was measured by applying 3 drops of test liquid and observing wetting of the surfaces. If the drops were repelled for longer than 10 seconds the surface was judged to be repellent to that test liquid. Test liquids ranged from 2% Isopropyl Alcohol (1 rating) to 50% Isopropyl Alcohol (6 rating). The higher the concentration of Isopropyl Alcohol (higher number rating), the more repellent the surface.
- All fabrics repelled 50% Isopropyl Alcohol and were rated a 6 in water repellency.

**Oil Repellency Drop Test (AATCC Test Method 118-1989)**
- Repellency was measured by applying 3 drops of test liquid and observing wetting of the surfaces. If the drops were repelled for longer than 30 seconds the surface was judged to be repellent to that test liquid. Test liquids ranged from mineral oil (1 rating) to Decane (6 rating). The higher the number test liquid the more repellent the surface. Decane (6 rating) is more difficult to repel than Dodecane (5 rating), which is more difficult than Tetradecane (4 rating) and so forth.
- All fabrics repelled at least a 3 oil and most repelled a 4 or a 5 oil with the average of all surfaces tested equal to 4.1 out of 6.

# TYPICAL PROPERTIES

| | |
|---|---|
| Appearance | Light Tan Aqueous Dispersion |
| Density @ 25C | 1.04 +/- 0.02g/ml (8.7 lbs/gal) |
| pH (as is) | 3.0-5.0 |
| Water Solubility | Dispersible |
| Boiling Point | 100C |

# PACKAGING/HANDLING

Flexipel AM-98 is available in totes (Net Wt. 2200 lbs), 55 gallon drums (Net Wt. 440 lbs) and 5 gallon pails (Net Wt. 40 lbs). DOT Classification is Non Regulated.

Be sure to review ICT's Flexipel AM-99 designed specifically for finished leathers.

Prepared by: Innovative Chemical Technologies, Inc.
103 Walnut Grove Road, Cartersville, GA 30120
Phone: 770-607-9340 • Fax: 770-607-9341

2

MSDS 407
Flexipel AM-99-10



**ict**

innovative chemical technologies, inc.

Revision 11/15/2009 (2)
Page 1 of 6

|  | HMIS RATINGS: | Health | 1 |
|---|---|---|---|
|  |  | Flammability | 0 |
|  |  | Reactivity | 0 |

**MATERIAL SAFETY DATA SHEET**
Complies with USDL Safety and Health Regulations 29CFR1910.1200

## SECTION 1   COMPANY AND PRODUCT IDENTIFICATION

**PRODUCT NAME:** Flexipel AM-99-10

**COMPANY INFORMATION:**
Innovative Chemical Technologies, Inc.
103 Walnut Grove Road
Cartersville, GA 30120
Telephone: 770-607-9340
Fax: 770-607-9341

**EMERGENCIES:** (770) 607-9340 M-F 8:00 AM-5:30 PM EST

## SECTION 2   COMPOSITION/INFORMATION ON COMPONENTS

| COMPONENTS | CAS NUMBER | % |
|---|---|---|
| Water | 7732-18-5 | 97-98 |
| Fluorinated urethane | Proprietary | 1-2 |
| Other ingredients | Mixture | 1-2 |

## SECTION 3   HAZARDS IDENTIFICATION

**EMERGENCY OVERVIEW**
   **Physical Properties:**  Off-white emulsion/pH=4.0-6.0

**IMMEDIATE HEALTH EFFECTS**
   **Eyes:**  Exposure may cause irritation to eyes.
   **Skin:**  Prolonged or repeated contact may cause irritation to skin.
   **Inhalation:** Vapor or mist may be harmful.
   **Ingestion:**  Single dose oral toxicity is expected to be low. Swallowing large amounts may be harmful.

## HAZARDS IDENTIFICATION CONT'D

**PRIMARY ROUTES OF ENTRY:**   Eyes, skin contact, inhalation or ingestion.

**SIGNS/SYMPTOMS OF OVEREXPOSURE:**  Irritation to the eyes, nose, throat, skin, and respiratory tract and/or gastrointestinal irritation (nausea, vomiting, diarrhea).

**TARGET ORGAN EFFECTS:**  Irritation of the skin and eyes.  Irritation of lungs possible if mists/aerosols are inhaled repeatedly.

**REPRODUCTIVE/DEVELOPMENTAL INFORMATION:**  No data available.

**CARCINOGENIC INFORMATION:**  None of the ingredients of this material are listed as carcinogens by IARC, NTP, or OSHA.

**LONG TERM EFFECTS:**  No data available.

---

## SECTION 4   FIRST AID MEASURES

**EYE CONTACT:**  Immediately flush eyes with water for at least 15 minutes.  If irritation persists, consult a physician.

**SKIN CONTACT:**  Remove contaminated clothing.  Flush skin with water for at least 15 minutes. If irritation persists, consult a physician.

**INHALATION:**  Remove to fresh air. If respiratory irritation or breathing difficulty develops, consult a physician.

**INGESTION:**  Give 8 to 16 ounces of water to dilute substance. Consult a physician or local Poison Control Center. Never give anything by mouth to an unconscious person.

---

## SECTION 5   FIRE FIGHTING MEASURES

**FLASHPOINT (° Fahrenheit):**  No flashpoint below boiling point.

**EXPLOSIVE LIMITS:**  No data available.

**AUTOIGNITION TEMPERATURE:**  No data available.

**HAZARDOUS PRODUCTS OF DECOMPOSITION:**  In the event of fire, the following may be released:  oxides of carbon and nitrogen and toxic fluorinated decomposition products.

**EXTINGUISHING MEDIA:**  Water spray, foam, dry chemical powder, or carbon dioxide.

**FIRE FIGHTING INSTRUCTIONS:**  Firefighters should wear proper protective equipment and self-contained breathing apparatus with full facepiece operated in positive pressure mode.

MSDS 407                                                  Revision 11/15/2009 (2)
Flexipel AM-99-10                                                   Page 3 of 6

## FIRE FIGHTING INSTRUCTIONS CONT'D

Move containers from fire area if it can be done without risk. Use water to keep fire-exposed containers cool.

**HMIS RATINGS:** Health: 1, Flammability: 0, Reactivity: 0

## SECTION 6   ACCIDENTAL RELEASE MEASURES

**SMALL SPILL:** For small spills, soak up material with an absorbent such as clay, sand, or other suitable material and dispose of properly. Flush area with water to remove trace residue.

**LARGE SPILL:** Wear respirator and protective clothing as appropriate. Shut off source of leak if it is safe to do so. Dike and contain spilled material. Remove with vacuum trucks or pump to storage/salvage containers. Soak up residue with an absorbent such as clay, sand, or other suitable material. Flush area with water to remove trace residue. Prevent liquid from entering sewers or waterways.

## SECTION 7   HANDLING AND STORAGE

**HANDLING:** Handle and open containers with care. Do not handle near an open flame, heat, or other source of ignition. Wear appropriate personal protection gear (see Section 8).

**STORAGE: Protect from freezing.** Store in a cool, well ventilated place away from incompatible materials. Do not store near an open flame, heat, or other source of ignition. Protect material from direct sunlight.

## SECTION 8   PERSONAL PROTECTION & EXPOSURE CONTROLS

**EYE/FACE PROTECTION:** Chemical splash goggles in compliance with OSHA regulations are advised; however, OSHA regulations also permit other types of safety glasses. Consult your safety representative.

**SKIN PROTECTION:** Wear rubber gloves (consult your safety representative). Wear impervious clothing and boots to prevent repeated or prolonged skin contact.

**RESPIRATORY PROTECTION:** If workplace exposure limits of product or any component are exceeded, a NIOSH/MSHA approved air supplied respirator is advised in absence of proper environmental control. OSHA regulations also permit other NIOSH/MSHA respirators (negative pressure type) under specified conditions (consult your safety representative). Engineering controls or administrative controls should be implemented to reduce exposure.

**PERSONAL PROTECTION & EXPOSURE CONTROLS CONT'D**

For spray applications, use a coarse spray device such as a trigger sprayer with particle size production greater than 15 microns.  Use only low pressure (less than 60 psi) sprayer.  DO NOT aerosolize or atomize.  Suitable ventilation must be used during application.

**ENGINEERING CONTROLS:**  Provide sufficient mechanical ventilation (general and local exhaust) to maintain exposure below the level of overexposure from known, suspected or apparent adverse effects.

## SECTION 9   PHYSICAL AND CHEMICAL PROPERTIES

**APPEARANCE:**  Off-white emulsion

**pH:**  approximately 5

**VAPOR PRESSURE:**  No data available.

**VAPOR DENSITY:**  No data available.

**BOILING POINT:**  212° F

**SOLUBILITY IN WATER:**  Soluble.

**EVAPORATION RATE:**  (water = 1) approximately 1

**DENSITY:**  Approximately 1 g/mL

## SECTION 10 STABILITY AND REACTIVITY

**CHEMICAL STABILITY:**  Stable.

**CONDITIONS TO AVOID:**  Avoid contact with heat.

**MATERIALS TO AVOID:**  Oxidizing materials.

**HAZARDOUS PRODUCTS OF DECOMPOSITION:**  In the event of fire, the following may be released:  oxides of carbon and nitrogen and toxic fluorinated decomposition products.

**HAZARDOUS POLYMERIZATION:**  Will not occur.

## SECTION 11 TOXICOLOGICAL INFORMATION

**ROUTES OF EXPOSURE:**  Skin absorption, eye contact, inhalation, and ingestion.

MSDS 407                                          Revision 11/15/2009 (2)
Flexipel AM-99-10                                          Page 5 of 6
**TOXICOLOGICAL INFORMATION CON'T**

**CARCINOGENITY:** None of the components of this material are listed as carcinogens by IARC, NTP, or OSHA.

**TERATOGENICITY, MUTAGENICITY, OR OTHER REPRODUCTIVE EFFECTS:** No data available.

**CONDITIONS AGGRAVATED BY EXPOSURE:** No data available.

**SYNERGISTIC MATERIALS:** No data available.

---

## SECTION 12 ECOLOGICAL INFORMATION

No data available.

---

## SECTION 13 DISPOSAL CONSIDERATIONS

**WASTE DISPOSAL INFORMATION:** Dispose in accordance with all applicable federal, state, and local regulations.

**RCRA INFORMATION:** If this material becomes a waste, it would not be considered hazardous under 40CFR261.

---

## SECTION 14 TRANSPORT INFORMATION

**DOT INFORMATION – 49CFR172.101**

Not regulated in all modes

**REPORTABLE QUANTITY– 49CFR172.101:** Not applicable

---

## SECTION 15 REGULATORY INFORMATION

**US FEDERAL REGULATIONS**

    **TSCA Information:** All components are listed, or otherwise are in compliance with TSCA notification requirements.

    **CERCLA Reportable Quantities [40CFR302]:** Components with known CAS numbers listed as hazardous substances and subject to reporting: None

    **SARA 302/304 [40CFR355]:** Components with known CAS numbers listed as hazardous substances and subject to release reporting: None above 0.1%

MSDS 407                                                Revision 11/15/2009 (2)
Flexipel AM-99-10                                                  Page 6 of 6
### REGULATORY INFORMATION CONT'D

**SARA 311/312 [40 CFR370]:**

| | | |
|---|---|---|
| Acute | No |
| Chronic | No |
| Fire | No |
| Pressure | No |
| Reactivity | No |

**SARA 313 [40CFR372]:**  Components listed as reportable and known to be present at or above de minimus levels as specified in 40 CFR§372.38(a):  None

### STATE AND LOCAL REGULATIONS

**California Proposition 65:**  This product may contain the following chemicals known to the State of California to cause cancer or reproductive harm:  None

---

### SECTION 16 OTHER INFORMATION

This information relates only to the specific material designated herein and does not relate to use in combination with any other material or in any process. Such information is to the best of our knowledge and belief, accurate and reliable as of the date compiled. However, no representation, warranty or guarantee is made as to its accuracy, reliability, or completeness. It is the user's responsibility to satisfy himself as to the suitability and completeness of this information for his own particular use. We do not accept liability for any loss or damage that may occur from the use of this information nor do we offer warranty against patent infringement.

### End of MSDS



## innovative chemical technologies, inc.

# FLEXIPEL AM-99

## TECHNICAL DATA SHEET

- ♦ **Water and Oil Repellent for Finished Leathers**

- ♦ **Partially Fluorinated Polymer**

- ♦ **Exceptional Oil, Water and Alcohol Repellency**

- ♦ **Readily Dilutes in Water:  Meets All VOC Regulations**

- ♦ **Ambient Cure**

- ♦ **Little or No Effect On Appearance of Finished Leather**

- ♦ **Easy To Use:  Spray or Wipe On and Allow to Dry**

# FORMULATION

| Ingredient | Wt % |
|---|---|
| Water | 90.0 |
| Flexipel AM-99 | 10.0 |

-Add AM-99 to water and mix until uniform
-Wipe or spray on and allow to dry

# TECHNICAL INFORMATION

## Performance Data:

1 part of Flexipel AM-99 was diluted with 9 parts of water and wiped uniformly on a variety of finished leathers.  Application rate was approximately 1.0 fluid ounces/square yard of fabric which was sufficient to evenly wet the fabrics.  The fabrics were allowed to dry and cure overnight(24 hours).

## Water/Alcohol Repellency Drop Test (DuPont Test Method)
♦  Repellency was measured by applying 3 drops of test liquid and observing wetting of the surfaces.  If the drops were repelled for longer than 10 seconds the surface was judged to be repellent to that test liquid.  Test liquids ranged from 2% Isopropyl Alcohol (1 rating) to 50% Isopropyl Alcohol (6 rating).  The higher the concentration of Isopropyl Alcohol (higher number rating), the more repellent the surface.
♦  All fabrics repelled 50% Isopropyl Alcohol and were rated a 6 in water repellency.

## Oil Repellency Drop Test (AATCC Test Method 118-1989)
♦  Repellency was measured by applying 3 drops of test liquid and observing wetting of the surfaces.  If the drops were repelled for longer than 30 seconds the surface was judged to be repellent to that test liquid.  Test liquids ranged from mineral oil (1 rating) to Decane (6 rating).  The higher the number test liquid the more repellent the surface.  Decane (6 rating) is more difficult to repel than Dodecane (5 rating), which is more difficult than Tetradecane (4 rating) and so forth.
♦  All fabrics repelled at least a 4 oil and most repelled a 5 or a 6 oil with the average of all surfaces tested equal to 5.3 out of 6.

# TYPICAL PROPERTIES

| | |
|---|---|
| Appearance | Off-White Aqueous Dispersion |
| Density @ 25C | 1.03 +/- 0.02g/ml (8.6 lbs/gal) |
| pH (as is) | 3.5-6 |
| Water Solubility | Dispersible |
| Boiling Point | 100C |

# PACKAGING/HANDLING

Flexipel AM-99 is available in totes (Net Wt. 2200 lbs), 55 gallon drums (Net Wt.  440 lbs) and 5 gallon pails (Net Wt. 40 lbs).   DOT Classification is Non Regulated.

Be sure to review ICT's Flexipel AM-98 designed specifically for nubuck/unfinished leathers.

Prepared by: Innovative Chemical Technologies, Inc.
103 Walnut Grove Road, Cartersville, GA 30120
Phone:  770-607-9340 • Fax:  770-607-9341

2



**SAFETY DATA SHEET**
OSHA HCS (29 CFR 1910.1200)

# Thetapel™ AM-5010-10

## SECTION 1: PRODUCT AND COMPANY IDENTIFICATION

**Product identifier**

| | |
|---|---|
| Chemical Name | Mixture |
| Trade Name | Thetapel™ AM-5010-10 |
| CAS No. | Mixture |

**Relevant identified uses of the substance or mixture and uses advised against**

| | |
|---|---|
| Identified Use(s) | Surface Care Product |
| Uses Advised Against | Do not aerosolize or atomize. |

**Details of the supplier of the safety data sheet**

| | |
|---|---|
| Company Identification | Innovative Chemical Technologies, Inc. |
| | 103 Walnut Grove Road SE |
| | Cartersville, GA 30120 |
| | United States of America |
| Telephone | (770) 607-9340; M-F 8:00 AM-5:30 PM EST |
| Fax | (770) 607-9341 |

**Emergency telephone number**

| | |
|---|---|
| Emergency Phone No. | (770) 607-9340; M-F 8:00 AM-5:30 PM EST - Not classified as dangerous for transport. |

## SECTION 2: HAZARDS IDENTIFICATION

**Classification of the substance or mixture**

| | |
|---|---|
| OSHA HCS (29 CFR 1910.1200) | Not classified as dangerous for supply/use. |

**Label elements**

| | |
|---|---|
| Hazard Symbol(s) | None |
| Signal Word(s) | None |
| Hazard Statement(s) | None |
| Precautionary Statement(s) | None |

| | |
|---|---|
| **Other hazards** | Not classified as PBT or vPvB. |
| **Additional Information** | None |

## SECTION 3: COMPOSITION/INFORMATION ON INGREDIENTS

| Composition/information on ingredients | %W/W | CAS No. | Hazard classification |
|---|---|---|---|
| Fluorinated acrylic polymer | 1 – 1.5 | Trade Secret | Not classified as dangerous for supply/use. |
| Water | 98.5 - 99 | 7732-18-5 | Not classified as dangerous for supply/use. |

**Additional Information -** Substances in the product which may present a health or environmental hazard, or which have been assigned occupational exposure limits, are detailed below. – **None**

## SECTION 4: FIRST AID MEASURES





# SAFETY DATA SHEET
OSHA HCS (29 CFR 1910.1200)

# Thetapel™ AM-5010-10

**Description of first aid measures**

| | |
|---|---|
| Inhalation | Remove person to fresh air and keep comfortable for breathing. If breathing is laboured, administer oxygen. If symptoms develop, obtain medical attention. |
| Skin Contact | Wash affected skin with plenty of water. While not expected, if irritation (redness, rash, blistering) develops, get medical attention. |
| Eye Contact | Remove any contact lenses. If substance has got into the eyes, immediately wash out with plenty of water for at least 15 minutes. If symptoms develop, obtain medical attention. |
| Ingestion | Call a physician (or poison control centre immediately). Do not give anything by mouth to an unconscious person. |
| **Most important symptoms and effects, both acute and delayed** | None |
| **Indication of any immediate medical attention and special treatment needed** | None |

## SECTION 5: FIRE-FIGHTING MEASURES

| | |
|---|---|
| **Extinguishing Media** | |
| -Suitable Extinguishing Media | Non-combustible. As appropriate for surrounding fire. |
| -Unsuitable Extinguishing Media | None anticipated. |
| **Special hazards arising from the substance or mixture** | Combustion or thermal decomposition will evolve toxic and irritant vapours. Forms oxides of carbon, hydrogen fluoride, perfluoroisobutylene, carbonyl fluoride, and fluorinated organic compounds. |
| **Advice for fire-fighters** | Fire fighters should wear complete protective clothing including self-contained breathing apparatus. |

## SECTION 6: ACCIDENTAL RELEASE MEASURES

| | |
|---|---|
| **Personal precautions, protective equipment and emergency procedures** | Avoid skin contact. Do not get in eyes. Wear protective gloves/eye protection. Avoid breathing mist/vapours/spray. |
| **Environmental precautions** | Contain spillages with sand, earth or any suitable absorbent material. Do not allow to enter drains, sewers or waterways. |
| **Methods and material for containment and cleaning up** | Contain spillages with sand, earth or any suitable absorbent material. Transfer to a container for disposal or recovery. Wash the spillage area with water. If possible prevent water running into sewers. |
| **Reference to other sections** | None |
| **Additional Information** | None |

## SECTION 7: HANDLING AND STORAGE

| | |
|---|---|
| **Precautions for safe handling** | Avoid skin contact. Do not get in eyes. Do not breathe mist/vapours/spray. Do not use in areas without adequate ventilation. |

**Conditions for safe storage, including any incompatibilities**



SAFETY DATA SHEET
OSHA HCS (29 CFR 1910.1200)

# Thetapel™ AM-5010-10

| | |
|---|---|
| -Storage temperature | Store at temperatures not exceeding 50°C / 122 °F. Protect from freezing. |
| -Incompatible materials | Strong oxidising agents and alkalis. Avoid contact with: Lewis acids, the metals: aluminium, magnesium and their alloys. |
| **Specific end use(s)** | Textile Repellent |

## SECTION 8: EXPOSURE CONTROLS/PERSONAL PROTECTION

**Control parameters**

**Occupational Exposure Limits**

| SUBSTANCE. | CAS No. | (8hr TWA) | | (STEL) | | Note: |
|---|---|---|---|---|---|---|
| | | PEL (OSHA) | TLV (ACGIH) | PEL (OSHA) | TLV (ACGIH) | |
| None | ----- | ----- | ---- | ---- | ---- | ----- |

- STEL: Short Term Exposure Limit

**Exposure controls**

| | |
|---|---|
| **Appropriate engineering controls** | For spray applications, use a coarse spray device such as a trigger sprayer with particle size production greater that 15 microns. Use only a low pressure (less than 60psi) sprayer. **Do not aerosolize or atomize.** Suitable ventilation must be used during application. |
| **Personal protection equipment** | The following to be used as necessary: |
| Eye/face protection | Safety glasses with side-shields. |



| | |
|---|---|
| Skin protection (Hand protection/ Other) | Gloves (PVC, Neoprene, or Natural rubber). |

 

| | |
|---|---|
| Respiratory protection | In case of insufficient ventilation, wear suitable respiratory equipment. Check with protective equipment manufacturer's data. |



| | |
|---|---|
| Thermal hazards | Not normally required. |
| **Environmental Exposure Controls** | Do not allow to enter drains, sewers or waterways. |

## SECTION 9: PHYSICAL AND CHEMICAL PROPERTIES

**Information on basic physical and chemical properties**

| | |
|---|---|
| Appearance | Slightly, hazy liquid |
| Color. | Off-white |
| Odor | Mild |
| Odor Threshold (ppm) | Not available. |
| pH (Value) | ~5.0 |



# SAFETY DATA SHEET
### OSHA HCS (29 CFR 1910.1200)

# Thetapel™ AM-5010-10

| | |
|---|---|
| Melting Point (°C) / Freezing Point (°C) | Not available. |
| Boiling point/boiling range (°C): | ~100 |
| Flash Point (°C) | Not available |
| Evaporation Rate | Not available. |
| Flammability (solid, gas) | Not applicable. |
| Explosive Limit Ranges | Not applicable. |
| Vapour pressure (Pascal) | Similar to water. |
| Vapour Density (Air=1) | Similar to water. |
| Density (g/ml) | ~1.0 |
| Solubility (Water) | Dispersible in water. |
| Solubility (Other) | Not available. |
| Partition Coefficient (n-Octanol/water) | Not available. |
| Auto Ignition Point  (°C) | Not applicable. |
| Decomposition Temperature (°C) | Not available. |
| Kinematic Viscosity (cSt) @ 40°C | Not available. / Not applicable. |
| Explosive properties | Not explosive. |
| Oxidizing properties | Not oxidizing. |
| **Other Information** | Not available. |

## SECTION 10: STABILITY AND REACTIVITY

| | |
|---|---|
| **Reactivity** | Stable under normal conditions. |
| **Chemical stability** | Stable. |
| **Possibility of hazardous reactions** | None anticipated. |
| **Conditions to avoid** | Incompatible materials. Do not use at temperatures above 200 °C as dangerous decomposition products may be generated. |
| **Incompatible materials** | Strong oxidising agents and alkalis. Avoid contact with: Lewis acids, the metals: aluminium, magnesium and their alloys. |
| **Hazardous decomposition product(s)** | Low molecular weight organic compounds; oxides of carbon, and smoke of unknown toxicity. Forms oxides of carbon, hydrogen fluoride, carbonyl fluoride, perfluoroisobutylene, and other fluorinated organic compounds. |

## SECTION 11: TOXICOLOGICAL INFORMATION

**Exposure routes:** Inhalation, Skin Contact, Eye Contact

**Information on toxicological effects**

Fluorinated acrylic polymer (CAS# Trade Secret):

| | |
|---|---|
| Acute toxicity (estimated/predicted) | LD50 (oral): >2000 mg/kg-bw (rat) |
| Irritation / Corrosivity | May cause irritation to skin, eyes and respiratory system. |
| Sensitization | Not to be expected. |
| Repeated dose toxicity | Not available. |
| Mutagenicity | Not to be expected |
| Carcinogenicity | Not to be expected |

| NTP | IARC | ACGIH | OSHA |
|---|---|---|---|
| No. | No. | No. | No. |

| | |
|---|---|
| Toxicity for reproduction | Not available. |
| Other information | None |



**SAFETY DATA SHEET**
OSHA HCS (29 CFR 1910.1200)

# Thetapel™ AM-5010-10

## SECTION 12: ECOLOGICAL INFORMATION

**Substances in preparations / mixtures:**

Fluorinated acrylic polymer (CAS# Trade Secret):

| | |
|---|---|
| Acute toxicity | Not available. |
| Long Term Toxicity | Not available. |

## SECTION 13: DISPOSAL CONSIDERATIONS

| | |
|---|---|
| Waste treatment methods | Disposal should be in accordance with local, state or national legislation. Consult an accredited waste disposal contractor or the local authority for advice. |
| Additional information | None known. |

## SECTION 14: TRANSPORT INFORMATION

| | Land transport (U.S. DOT) | Sea transport (IMDG) | Air transport (ICAO/IATA) |
|---|---|---|---|
| UN number | | | |
| Proper Shipping Name | | Not classified as dangerous for transport. | |
| Transport hazard class(es) | | | |
| Packing group | | | |
| Hazard label(s) | | | |
| Environmental hazards | | | |
| Special precautions for user | | | |

Transport in bulk according to Annex II of MARPOL73/78 and the IBC Code: Not applicable

## SECTION 15: REGULATORY INFORMATION

**Safety, health and environmental regulations/legislation specific for the substance or mixture:**

**TSCA (Toxic Substance Control Act) - Inventory Status:** All components listed or polymer exempt.

The Fluorinated acrylic polymer in this product is subject to an action under a TSCA section 5 (e) Consent Order between the US EPA and the chemical's manufacturer.

**TSCA 12(B):** The Fluorinated acrylic polymer is subject to export notification.

**Designated Hazardous Substances and Reportable Quantities (40 CFR 302.4):**

| Chemical Name | CAS No. | Typical %wt. | RQ (Pounds) |
|---|---|---|---|
| None | ----- | ----- | ----- |

**SARA 311/312 - Hazard Categories:** None

☐ Fire    ☐ Sudden Release    ☐ Reactivity    ☐ Immediate (acute)    ☐ Chronic (delayed)

**SARA 313 - Toxic Chemicals (40 CFR 372):**

| Chemical Name | CAS No. | Typical %wt. |
|---|---|---|
| None | ----- | ----- |



SAFETY DATA SHEET
OSHA HCS (29 CFR 1910.1200)

# Thetapel™ AM-5010-10

**SARA 302 - Extremely Hazardous Substances (40 CFR 355):**

| Chemical Name | CAS No. | Typical %wt. | RQ (Pounds) | TPQ (Pounds) |
|---|---|---|---|---|
| None | ----- | ----- | ----- | ----- |

**Proposition 65 (California):**

| Chemical Name | CAS No. | Typical %wt. | Hazards |
|---|---|---|---|
| None | ----- | ----- | ----- |

## SECTION 16: OTHER INFORMATION

**The following sections contain revisions or new statements: 1-16.**

**Date of preparation:** October 6, 2015

**Hazard Statement(s) Listed in: SECTION 3**

None

**Training advice:** None.

This information relates only to the specific material designated herein and does not relate to use in combination with any other material or in any process. Such information is to the best of our knowledge and belief, accurate and reliable as of the date compiled. However, no representation, warranty or guarantee is made as to its accuracy, reliability, or completeness. It is the user's responsibility to satisfy himself as to the suitability and completeness of this information for his own particular use. We do not accept liability for any loss or damage that may occur from the use of this information nor do we offer warranty against patent infringement.

# TECHNICAL DATA SHEET

# Thetapel™ AM-5010

*Short-Chain After-Market ambient temperature cure DWR finish*

## Overview

- Short-Chain Fluorochemical Technology (meets the goal of the US EPA 2010/2015 PFOA Stewardship Program)
- Ambient temperature cure, After-Market DWR finish for Apparel, Upholstery and Carpeting
- Imparts exceptional Water & Oil Repellency with ambient temperature dry/cure
- Readily dilutes in water with excellent temperature and freeze/thaw stability
- Imparts exceptional water and oil repellency to surfaces with little or no change in appearance
- Water based with low VOC (less than 100g/L, as delivered) content
- Treated surfaces are easier to clean, and improves newness retention
- Designed for ambient cure performance, AM-5010 is also perfect for coater application to polyolefin and other heat sensitive fabrics.
- Performance summary-
    **Water/Alcohol repellency:**
    4 minimum
    **Oil repellency:**
    4-6 ranging from 1.5-6% treat rate
- WERCS ID number:  1245180

## Applications

- After-Market Apparel, Upholstery, Home Furnishings, Leather and Carpeting Soil and Stain Protectors
- Mill application for heat sensitive fabrics
- Exhaust application in laundry wash rinse cycle, followed with normal drying

## Technical Information

Thetapel AM-5010 is a partially fluorinated product designed for aftermarket, ambient cure, soft surface soil and stain protection applications. While it offers protection to a broad range of surfaces, AM-5010 has been specifically designed to impart soil and stain protection, through optimal water and oil repellency when applied to apparel, upholstery, leather, carpeting and nonwoven fabrics.

Thetapel AM-5010 is a pre-formulated concentrate that readily dilutes in water, exhibiting exceptional dilution and storage stability properties. Environmentally responsible, products formulated with Thetapel AM-5010 meet all current VOC regulations.

## Formulary

Simply dilute Thetapel AM-5010 in water. Recommended dilution rates vary from 1 part AM-5010 in 24 parts water (4%) to 1 part AM-5010 in 9 parts water (10%) depending on application rates, application method, porosity of the substrate, desired performance, and cost parameters.

The addition of a preservative is recommended for packaged dilutions. Some preservative candidates include Nipacide BIT 20, Dantogard Plus (granular), Proxel GXL, and VeriGuard 19S. Typically these preservatives are effective at concentrations between 0.05 % and 0.20% on weight of final product, but preservative effectiveness should be determined by the formulator.

## Typical Properties

| PROPERTY | VALUE |
|---|---|
| Appearance | Off white aqueous dispersion |
| Odor | Mild |
| Water solubility | Dispersible |
| pH (as is) | 4.5±1.5 |
| Density@25°C | 1.04±0.02 g/ml |
| Boiling Point | 100°C |
| Flash point | None (aqueous) |
| Storage | Protect from freezing Gently mix before use |
| Shelf life | 12 months |

## Packaging and Handling

Thetapel AM-5010 is available in:
275 gallon totes (Net Wt. 2200 lbs)
55 gallon plastic drums (Net Wt. 440 lbs)
5 gallon pails (Net Wt. 40 lbs).

Refer to Material Safety Data Sheet (MSDS) for information on the safe use, handling, and disposal of this product.

Thetapel AM-5010 is in compliance with the US (TSCA) and EU (EINECS) chemical inventories. Contact ICT Regulatory for additional inventory information.

DOT Classification: Non-Regulated

---

Whether you're looking for a replacement product or an ingredient for a specific attribute, give us a call. We can provide assistance based upon your particular formulation requirements and composition; please feel free to contact us.

*Please refer to back page for important information*

## Thetapel™ AM-5010
## Formulation Guidance

### Dilution rates
Recommended dilution rates vary from 1 part Thetapel AM-5010 in 24 parts water (4%) to 1 part AM-5010 in 9 parts water(10%) depending on application rates, application method, porosity of the substrate, desired performance, and cost parameters.

### Apparel, Upholstery and Leather
For exceptional soil and stain resistance, dilute Thetapel AM-5010 to between 4 and 10% in water, and apply uniformly at a rate of 1 to 2 fluid ounces per square yard. Excess liquid applied to a substrate should be wiped up if it has not penetrated after 15-20 minutes to avoid hazing from over-application of the product.

### Carpeting
Thetapel AM-5010 imparts soil and stain protection when diluted to 6-10% and applied at a rate of 1 gallon per 200-600 square feet, where typical competitive product recommendations are 10% dilutions with application rates of only 1 gallon per 200 square feet. A uniform spray is essential to insure an even, optimum treatment.

*Note: Ambient temperature cure time for maximum protection is approximately 24 hours, although most formulations should dry to the touch within 1-2 hours. Application rate, concentration of Thetapel AM-5010 applied, and temperature/humidity can impact dry/ cure times.*

In spray applications, use a coarse spray device, such as a trigger sprayer or pressurized dispenser, that does not produce respirable fine particles. DO NOT AEROSOLIZE OR ATOMIZE. For further Safety Information, please refer to the Material Safety Data Sheet (MSDS) for information on the safe use, handling, and disposal of this product.

## Performance Data
## Carpet Soiling, Water/Alcohol and Oil Repellency

### Carpet Performance Data
#### Accelerated Soiling of Pile Yarn Floor covering (ASTM D 6540-00)
26 oz. cut pile, nylon 6,6 tenth gauge, carpet squares (free of any prior dye or stain protection treatments) were used in this evaluation. A 9% deionized water dilution of Thetapel AM-5010 was applied to the test carpet squares and dried overnight (24 hours) at ambient temperature.
Both treated test squares and untreated squares were equally soiled and cleaned per the ASTM Method with differences being measured in mean color difference (ΔE), with a difference of 1.0 ΔE unit being visible to the eye.

*The difference (ΔE) between the treated and untreated carpet squares after soiling and cleaning was +9.5 ΔE units, indicating a strong resistance to carpet soiling.*

### Preparation of Test fabric surface treatment
1.5, 3.0 and 6.0% Thetapel AM-5010 on weight of bath was diluted in deionized water, pad applied and dried overnight (24 hours) at ambient temperature.

### Water/Alcohol Repellency Drop Test (DuPont Test Method)
To evaluate the relative water repellency of a treated fabric, the Water/Alcohol Repellency Drop Test is commonly used. In this test, a series of wetting solutions with increasing wetting power are applied to a treated test fabric, with treated surfaces repelling the strongest wetting solution achieving the highest repellency rating. Repellency was measured by applying 3 drops of test liquid and observing wetting of the treated surfaces. Test liquids ranged from weakly wetting 2% isopropanol in water (1 rating) to strongly wetting 50% isopropanol in water (6 rating). The higher the concentration of isopropanol (higher number rating) of the drop not wetting the surface, the more repellent the surface. If the drops were repelled for longer than 10 seconds the surface was judged to be repellent to the test liquid.

*The water repellency of the Thetapel AM-5010 treated fabrics achieved high repellency ratings greater than 4 for all fabrics tested, indicating a strong resistance to soiling and staining liquids.*

### Oil Repellency Drop Test (AATCC Test Method 118-1989)
To evaluate the relative oil repellency of a treated fabric, the Oil Repellency Drop Test is commonly used. In this test, a series of solvent solutions with increasing solvent power are applied to a treated test fabric, with treated surfaces repelling the strongest solvent solution achieving the highest repellency rating. Repellency was measured by applying 3 drops of test liquid and observing wetting of the treated surfaces. Test liquids ranged from weakly wetting mineral oil (1 rating) to strongly wetting decane (6 rating). The higher the number rating of the drop not wetting the surface, the more repellent the surface. If the drops were repelled for longer than 10 seconds the surface was judged to be repellent to the test liquid.

*The oil repellency of the Thetapel AM-5010 treated fabrics achieved high repellency with all fabrics achieving a 4 rating at 1.5% treat rate, a 5 rating at 3.0% treat rate, and a 6 rating at 6.0% treat rate for the fabrics tested, indicating a strong resistance to soiling and staining liquids.*

This information relates only to the specific material referred to herein and not to its use in combination with any other material or in any process, unless explicitly stated herein. Such information is, to the best of our knowledge and belief, accurate and reliable as of the date compiled; however, no warranty, guarantee or other representation is made as to its accuracy, reliability, or completeness, or regarding any liabilities arising from others' intellectual property rights. ID# 20151102

An ICT Industries Inc. company