12/5/2017  
8:47 AM

Cohen Milstein Sellers & Toll PLLC

Client/Matter Timeslip Report

All Timeslips with Work Dates From: 10/1/2017 To: 12/5/2017

Report: 104402  
Req'd By: hdiamond  
Currency: USD

Case 9:15-cv-81139-JIC   Document 208-7   Entered on FLSD Docket 12/05/2017   Page 1 of 1

| Client/Matter | | Employee | | Hours | Curr Amount |
|---|---|---|---|---|---|
| 41630 | Rooms-to-Go | | | | |
| | 001 | Consumer | | | |
| | | 193 | Friedman, Andrew, N. | 2.00 | 1740.00 |
| | | 3018 | Leopold, Theodore | 0.25 | 216.25 |
| | | 813 | Kafka, Eric | 41.75 | 17743.75 |
| | | 842 | Wozniak, Mariah | 87.75 | 24570.00 |
| | | 981 | McNamara, Douglas, J. | 36.75 | 25725.00 |
| | Total 001 Consumer | | | 168.50 | 69995.00 |
| Total 41630 Rooms-to-Go | | | | 168.50 | 69995.00 |
| Report Totals: | | | | 168.50 | 69995.00 |

Start Time: 8:47 AM

End Time:  8:47 AM