IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-CV-81139-COHN/SELTZER

BENJAMIN HANKINSON, et al.,
individually and on behalf of others
similarly situated,

    Plaintiffs,

v.

R.T.G. Furniture Corp., d/b/a Rooms To
Go, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBITS TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF FINAL APPROVAL AND ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS

**THIS CAUSE** is before the Court upon Plaintiffs' Motion to Seal Exhibits to Plaintiffs' Notice of Supplemental Evidence in Support of Final Approval and Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards [DE 209] (the "Motion"). The Court has considered the Motion and is otherwise advised in the premises. The Court finds that Plaintiffs have shown good cause for the sealing of the exhibits listed in the Motion. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiffs' Motion to Seal Exhibits to Plaintiffs' Notice of Supplemental Evidence in Support of Final Approval and Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards [DE 209] is **GRANTED**.

    2.    Plaintiffs may file the following Exhibits to Plaintiffs' Notice of Supplemental Evidence in Support of Final Approval and Attorney's Fees, Reimbursement of Expenses and Incentive Awards under seal: (1) the list of the 171

people who opted out of the settlement on a timely basis and the one person who sought to opt out after the exclusion deadline (Exhibit A); (2) the letter and postmarked envelope from the one person who sought to opt out after the exclusion deadline (Exhibit B).  These Exhibits shall be filed under seal and remain under seal until further order of the Court.

    3.    This Order will not be sealed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of December, 2017.

JAMES I. COHN
United States District Judge

Copies to counsel of record via CM/ECF